| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|  | Federal Public Defender |
| 2 | LARA S. VINNARD |
|  | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|  | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant BOOKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR-09-00136-JW |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
|  | ) | **SENTENCING HEARING; [PROPOSED]** |
| v. | ) | **ORDER** |
|  | ) |  |
| JAMES BOOKER | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, October 5, 2009 at 1:30 p.m., be continued to Monday, March 1, 2010, at 1:30 p.m.  The continuance is requested to allow continued investigation by both parties on issues that are pertinent to the sentencing determination.  In addition to the ongoing investigation, the parties are exploring legal issues that may be pertinent to the sentencing determination. Probation Officer Aylin Raya has been consulted and has no objection to the proposed date.

Additionally, the parties agree that the disclosure deadlines with respect to the Probation Office's draft and final Presentence Reports should be adjusted according to the new sentencing date, and that filing dates for the parties' sentencing memoranda shall also be adjusted.

1   Dated: 8/6/09                                             /s/
2                                                         LARA S. VINNARD
                                                          Assistant Federal Public Defender
3
4   Dated: 8/6/09                                             /s/
                                                          SHAWNA YEN
5                                                         Assistant United States Attorney

6

7                                  [PROPOSED] ORDER

8       The parties have jointly requested a continuance of the sentencing hearing set for

9   Monday, October 5, 2009, to allow time for further investigation by the parties and further

10  exploration of potentially pertinent legal issues.

11      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date

12  presently set for Monday, October 5, 2009, be continued to Monday, March 1, 2010, at 1:30 p.m.

13      Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the Probation

14  Office's draft and final reports shall be released based upon the new sentencing date, and the

15  filing dates for counsel's sentencing memorandum shall also be adjusted accordingly.

16

17  Dated:   August 12, 2009                              _____
                                                          JAMES WARE
18                                                        United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
CASE NO.  09-00136-JW                    2