BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BOOKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR-09-00136-JW |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| JAMES BOOKER | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, March 1, 2010, at 1:30 p.m., be continued to Monday, September 20, 2010, at 1:30 p.m.  There are several reasons for the requested continuance, which the parties recognize is lengthy.  First, defense counsel is in the process of obtaining and reviewing records held by the Probation Office regarding Mr. Booker, and these records may require additional investigation pertinent to sentencing issues.  Second, the government and the defense are continuing to meet and confer regarding matters that are collateral to the charged offense, but relevant to the government's position at sentencing.  This process has been underway for some time, and involves agencies other than the U.S. Attorney's Office and the FBI.  Third,

1  government counsel is currently preparing for a death penalty trial in the matter of *U.S. v. Anh*
2  *The Duong*, No. CR 01-20154 JF.  The trial is expected to last from the end of February to the
3  end of August.
4      Because the defense has not yet reviewed the materials held by the Probation Office, and
5  because those materials may require independent defense investigation, the defense requests that
6  the deadline for Mr. Booker's response to the draft PSR be extended 30 days.
7      Due to the length of the continuance requested, defense counsel has conferred with Mr.
8  Booker, who agrees with the request to continue his sentencing to September.  Probation Officer
9  Aylin Raya has been consulted and has no objection to the proposed date.
10
11  Dated: 2/9/10                                                          _____/s/_____
                                                                            LARA S. VINNARD
12                                                                          Assistant Federal Public Defender
13
    Dated: 2/10/10                                                         _____/s/_____
14                                                                          SHAWNA YEN
                                                                            Assistant United States Attorney
15
16                                        **[PROPOSED] ORDER**
17      The parties have jointly requested a continuance of the sentencing hearing set for
18  Monday, March 1, 2010, to allow time for further investigation and further development of issues
19  pertinent to sentencing, and due to government counsel's involvement in a death penalty trial.
20      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date
21  presently set for Monday, March 1, 2010, be continued to Monday, September 20, 2010, at 1:30
22  p.m. Defense counsel's response to the draft PSR is due March 1, 2010
23  Dated:   February 12, 2010                                             _James Ware_____
                                                                            JAMES WARE
24                                                                          United States District Judge
25
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
CASE NO.  09-00136-JW                                2