1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SHAWNA YEN (CASBN 224447)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5054
7  Facsimile: (408) 535-5066
   Email:  shawna.yen2@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   CR 09-00136 JW
                                     )
14            Plaintiff,             )   STIPULATION TO CONTINUE
                                     )   SENTENCING HEARING AND
15     v.                            )   [PROPOSED] ORDER
                                     )
16  JAMES T. BOOKER,                 )
                                     )
17            Defendant.             )
    _____)

18

19        It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S.

20  Attorney Shawna Yen, and counsel for the Defendant JAMES T. BOOKER, Jerry Fong, Esq.,

21  that the date set for the sentencing hearing be continued from September 20, 2010 to December

22  13, 2010 at 1:30 p.m.   This continuance is necessary because on August, 27, 2010, the defendant

23  retained new counsel who will need an opportunity to familiarize himself with the case prior to

24  proceeding to sentencing.  Because government counsel is currently engaged in a lengthy death

25  penalty trial before Judge Fogel that is expected to last until at least October if not November of

26  2010, the first available date for all parties would be December 13, 2010.

27        Due to the length of the continuance requested, defense counsel has conferred with Mr.

28

Booker, who agrees with the request to continue his sentencing to December 13, 2010.

Probation Officer Aylin Raya has been consulted and has no objection to the proposed date.

Dated this 31st day of August, 2010.

/s/
_____
SHAWNA YEN
Assistant U.S. Attorney

Dated this 31st day of August, 2010.

/s/
_____
JERRY FONG, Esq.
Counsel for James T. Booker

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing on this case be continued from September 20, 2010 to December 13, 2010 at 1:30 p.m.

Dated: September 2, 2010

_____
JAMES WARE
United States District Judge

2