1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SHAWNA YEN (CASBN 224447)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5054
      Facsimile: (408) 535-5066
8     Email:  shawna.yen2@usdoj.gov

9  Attorneys for Plaintiff

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
11/24/2010

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                           SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,         )   CR 09-00136 JW
                                      )
14          Plaintiff,                )   STIPULATION TO CONTINUE
                                      )   SENTENCING HEARING AND
15     v.                             )   [PROPOSED] ORDER
                                      )
16  JAMES T. BOOKER,                  )
                                      )
17          Defendant.                )
                                      )
18  _____

19         It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S.
20  Attorney Shawna Yen, and counsel for the Defendant JAMES T. BOOKER, Jerry Fong, Esq.,
21  that the date set for the sentencing hearing be continued from December 13, 2010 to March 21,
22  2011 at 1:30 p.m.  This continuance is necessary because the parties are engaged in further
23  investigation and discussions regarding issues that may impact the sentencing.  In addition,
24  government counsel is currently engaged in a lengthy death penalty trial before Judge Fogel and
25  is unavailable at the currently scheduled sentencing date.
26         Due to the length of the continuance requested, defense counsel has conferred with Mr.
27  Booker, who agrees with the request to continue his sentencing to March21 2011.  Probation
28

Officer Aylin Raya has been consulted and has no objection to the proposed date.

Dated November 23, 2010.

/S/
_____
SHAWNA YEN
Assistant U.S. Attorney

Dated November 23, 2010.

/S/
_____
JERRY FONG, Esq.
Counsel for James T. Booker

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing on this case be continued from December 13, 2010 to **February 14, 2011 at 1:30 PM.**

Dated this 23rd day of November, 2010.

_____
JAMES WARE
United States District Judge