MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:  shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-00136 JW |
|    Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER |
|    v. ) | |
| JAMES T. BOOKER, ) | |
|    Defendant. ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant JAMES T. BOOKER, Jerry Fong, Esq., that the date set for the sentencing hearing be continued from May 2, 2011 at 1:30 p.m to June 20, 2011 at 1:30 p.m.  This continuance is necessary because the case agent is involved in investigations that may impact the sentencing.  Probation Officer Aylin Raya has been consulted and has no objection to the proposed date.

   Dated April 18, 2011.

                                         /S/
                               _____
                               SHAWNA YEN
                               Assistant U.S. Attorney

Dated: April 18, 2011

/S/
_____
JERRY FONG, Esq.
Counsel for James T. Booker

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing on this case be continued from May 2, 2011 to June 20, 2011 at 1:30 p.m.

Dated this __22__ day of April, 2011.

_____
JAMES WARE
United States District Judge

2