FILED

JUL 0 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br> v. <br><br> JAMES TERRELL BOOKER, <br><br> Defendant(s). | NO. 5:09-cr-00136-EJD <br><br> **ORDER DENYING DEFENDANT'S REQUEST TO TRANSFER SENTENCING PROCEEDINGS TO CHIEF JUDGE WARE** <br><br> [Docket Item No. 44] |

On April 27, 2009, Defendant appeared before Chief Judge Ware for a change of plea. Judge Ware accepted the Defendant's guilty plea and executed plea agreement as to Count One of the Indictment. The Government moved to dismiss Count Two of the Indictment. Judge Ware took the Government's motion under submission until the time of sentencing. Sentencing proceedings have been continued from October 5, 2009 for a variety of reasons in order to adequately prepare for sentencing. On June 29, 2011, Defendant filed his Motion to have his sentencing proceedings heard before Chief Judge Ware (Docket Item No. 44).

The Court has reviewed Defendant's Motion, the Government's timely opposition, and sealed materials as to this request to transfer sentencing proceedings. The Court has also reviewed the plea colloquy of April 27, 2009 before Chief Judge Ware and finds no reason why this Court cannot hold the sentencing proceedings in light of Judge Ware's elevation to Chief Judge and relocation of chambers from San Jose to San Francisco. The request to transfer sentencing proceedings from this Court to Chief Judge Ware is DENIED. The parties shall appear for Further Status regarding sentencing on **July 18, 2011 at 1:30 PM**.

Dated: July 6, 2011

EDWARD J. DAVILA
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Shawna Yen shawna.yen2@usdoj.gov
Jerry Y. Fong jf@careyandcareylaw.com

Dated: July 6, 2011

Richard W. Wieking, Clerk

By: ___/s/ EJD Chambers___
    Elizabeth Garcia
    Courtroom Deputy

NO. C 09-00136 EJD
ORDER

2