1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant JAMES TERRELL BOOKER

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

7/12/2011

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,     )   CASE NO.   CR 09-00136 JW
                                   )
13 |       Plaintiff,               )   STIPULATION TO CONTINUE
                                   )   SENTENCING HEARING &
14 | vs.                            )   PROPOSED ORDER RE SAME.
                                   )
15 | JAMES TERRELL BOOKER,          )   Date:    July 18, 2011
                                   )   Time:    1:30 p.m.
16 |      Defendant.                )   Judge:   Hon. Edward Davila
                                   )

18    At Defendant James Booker's request, Plaintiff United States of America and Defendant James Booker hereby jointly stipulate to request that the Court continue the sentencing hearing for Mr. Booker, from July 18, 2011 to August 22, 2011, at 1:30 p.m. Probation Officer Aylin Raya is available on August 22, 2011.

22    This request is made by James Booker because his counsel will start a trial before Judge Ronald M. Whyte on July 11, 2011, and he has been tied up with that matter and related issues of preparation, thereby precluding him from submitting the necessary pleadings (which will be fairly substantial) on behalf of Mr. Booker's sentencing.

1
STIPULATION FOR ORDER TO CONTINUE SENTENCING HEARING

1
2
3   DATED: July 8, 2011                          /s/
                                          JERRY Y. FONG, for Defendant
4                                         JAMES BOOKER
5
6
7   DATED: July 8, 2011                          /s/
                                          AUSA SHAWNA YEN, for Plaintiff
8                                         UNITED STATES OF AMERICA
9
10                              [PROPOSED] ORDER

11       Pursuant to the parties' stipulation and good cause appearing herein, it is hereby

12   ordered that the sentencing hearing in this case shall be continued from July 18, 2011, to

13   **September 6, 2011 at 1:30 PM .**

14   IT IS SO ORDERED.

15

16   DATED: July 12, 2011
                                          JUDGE OF THE UNITED STATES
17                                        DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED — Judge Edward J. Davila*

2
STIPULATION FOR ORDER TO CONTINUE SENTENCING HEARING