MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:    Jeff.Nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09–00136-EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO CONTINUE SENTENCING HEARING |
| v. ) | |
| ) | |
| JAMES TERRELL BOOKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States, through its counsel Jeffrey Nedrow, and defendant James Terrell Booker, through his counsel Jerry Fong, hereby agree and stipulate to continue the sentencing hearing in this case presently scheduled for Tuesday, September 6, 2011 at 1:30 p.m. to Monday, September 19, 2011 at 1:30 p.m. before this Court.   This continuance is requested for the following reasons:

   1) Both counsel are requesting additional time to prepare for sentencing in this case.  The government requests additional time in light of the substitution of new counsel for the government in the case.  AUSA Shawna Yen is no longer with the office.  AUSA Jeff Nedrow is

Case 5:09-cr-00136-EJD   Document 55   Filed 08/16/11   Page 2 of 2

the newly assigned AUSA on the matter.  The government respectfully requests a brief continuance to afford new counsel the opportunity to become familiar with the matter.  In addition, the defense is requesting additional time to prepare its own position with respect to sentencing.

    For these reasons, the parties respectfully request that the Court continue the sentencing hearing in this case from September 6, 2011 to September 19, 2011 at 1:30 p.m.  The probation office has been contacted regarding this requested continuance.

    It is so stipulated.

Respectfully submitted,

MELINDA HAAG  
UNITED STATES ATTORNEY

Dated: August 15, 2011              /s/  
JEFFREY D. NEDROW  
Assistant U.S. Attorney

Dated: August 15, 2011              /s/  
JERRY FONG  
Attorney for James Booker

### ORDER

    Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

    IT IS HEREBY ORDERED that date of the sentencing hearing in this case is continued from September 6, 2011 to September 19, 2011 at 1:30 p.m. before this Court.

    Dated this 16th day of August, 2011.

EDWARD J. DAVILA  
United States District Judge

2