STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045
    FAX: (408) 535-5066
    jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. CR 5:22-mj-70177-MAG |
|     Plaintiff, |          CR 09-00136-EJD |
| v. | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME, AND ORDER |
| JAMES TERRELL BOOKER, | |
|     Defendant. | |

    The United States, through its counsel Jeff Nedrow, and defendant James Terrell Booker, through his counsel Jerry Y. Fong, hereby agree and stipulate to a continuance of the preliminary hearing/arraignment set in Case No. CR 5:22-mj-70177-MAG, and the preliminary hearing in CR 09-00136-EJD, both set for March 1, 2022, to April 5, 2022 at 2:00 p.m.

    The parties jointly make this request to provide adequate time for the defense to evaluate discovery which has been provided, for the government to supplement that discovery with additional materials, and to provide the defense with adequate time to effectively prepare and make informed decisions in this case.

STIPULATION AND ORDER
CR 5:22-mj-70177-MAG
CR 09-00136-EJD

The defendant herein waives his right to the presentment of an indictment by March 1, 2022 and agrees to an extension of time for the presentment of an indictment to April 5, 2022. The defendant further waives his right to a preliminary hearing on the Amended Form 12 petition by March 1, 2022, ECF No. 140, and agrees to an extension of time for a preliminary hearing on that Amended Form 12 petition to April 5, 2022.

In addition, the parties agree that the that the time period from March 1, 2022 through April 5, 2022 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), in the interest of justice in order to provide adequate time for the defense to evaluate discovery which has been provided, for the government to supplement that discovery with additional materials, and to provide the defense with adequate time to effectively prepare and make informed decisions in this case.

It is so stipulated.

Respectfully submitted,

Dated:

STEPHANIE M. HINDS
United States Attorney

_____/s/_____

JEFFREY D. NEDROW
Assistant United States Attorney

_____/s/_____

JERRY Y. FONG
Attorney for James Terrell Booker

STIPULATION AND ORDER
CR 5:22-mj-70177-MAG
CR 09-00136-EJD

ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that, based on the reasons stated in the stipulation, the defendant's waiver of his right to the presentment of an indictment by March 1, 2022 in Case No. CR 5:22-mj-70177-MAG, and his waiver of a right to a preliminary hearing in Case No. CR 09-00136-EJD, the preliminary hearing/arraignment date in this case is continued from March 1, 2022 to April 5, 2022 at 2:00 p.m.

IT IS FURTHER ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from March 1, 2022 to April 5, 2022 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), in the interest of justice in order to provide adequate time for the defense to evaluate discovery which has been provided, for the government to supplement that discovery with additional materials, and to provide the defense with adequate time to effectively prepare and make informed decisions in this case. Based on the need for additional time for effective defense preparation, the Court finds that the ends of justice to be served by granting an extension of the date upon which an indictment must be presented outweigh the best interests of the public and the defendant in a speedy trial.

Dated this 22nd day of February 2022.



NATHANAEL M. COUSINS
United States Magistrate Judge

STIPULATION AND ORDER
CR 5:22-mj-70177-MAG
CR 09-00136-EJD