JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
885 N. SAN ANTONIO ROAD, SUITE D
LOS ALTOS, CA  94022
650/559-1985
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant JAMES TERREL BOOKER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>     Plaintiff,              )<br>                              )<br> vs.                          )<br>                              )<br> JAMES TERREL BOOKER,         )<br>                              )<br>     Defendant.               )<br>_____) | CASE NO.    CR 22-70177-MAG<br>CASE NO.    CR 09-00136-EJD<br><br>STIPULATION OF THE PARTIES<br>TO WAIVE TIME AND TO<br>CONTINUE HEARINGS &<br>ORDER RE SAME. |

The parties, Defendant James Booker and Plaintiff the United States of America, through their respective counsel, here by agree and stipulate to a continuance of the preliminary hearing/arraignment set in Case No. CR 5:22-mj-70177-MAG, and the preliminary hearing in CR 09-00136-EJD, both currently set on August 4, at 1:30 p.m., to the new date of September 28, 2022, at 1:30 p.m.

The parties jointly make this request to provide additional time for the defense to review and analyze the substantial amount of discovery provided by the Government, and for the parties to continue to discuss the possibility of a comprehensive settlement of these matters.

Defendant James Booker hereby waives his right to the presentation of an indictment by August 4, 2022 and agrees to an extension of time for the presentation

1
STIPULATION TO WAIVE TIME & CONTINUE HEARINGS AND ORDER

of an indictment to September 28, 2022. Mr. Booker further waives his right a preliminary hearing on the Amended Form 12 petition by August 4, 2022, ECF # 150, and agrees to an extension of time for a preliminary hearing on that Amended Form 12 petition to September 28, 2022.

In addition, the parties agree that the time period from August 4, 2022 through September 28, 2022, should be excluded under the Speedy Trial Act, 18 USC §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(iv), in the interest of justice in order to provide adequate time for the defense to properly evaluate and analyze the case, including discovery produced, so as to allow the defense the opportunity to effectively prepare a defense.

DATED:   August 2, 2022          Respectfully submitted,

          /S/
by JERRY FONG, Attorney for Defendant
JAMES BOOKER

DATED:   August 2, 2022          Respectfully submitted,

          /S/
by JEFFERY A. BACKHUS,
Assistant United States Attorney

## ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that, based on the Defendant's waiver of his right to the presentation of an indictment by August 4, 2022 in Case No. CR 5:22-mj-70177-MAG, and his waiver of his right to a preliminary hearing in Case No. CR 09-00136 EJD, the preliminary hearing/arraignment date and the last day for the presentation of an indictment for this case are both continued from August 4, 2022 to September 28, 2022, at 1:30 p.m.

1  It is further ordered that the time within which the trial of this matter must be
2  commenced under the Speedy Trial Act is **EXCLUDED** during the time period from
3  August 4 2022, to September 28, 2022, pursuant to 18 USC §3161 (h)(7)(A) and 3161
4  (h)(7)(B)(iv), in the interest of justice in order to provide adequate time for the
5  defense to properly evaluate and analyze the case, including discovery produced, so
6  as to allow the defense the opportunity to effectively prepare a defense.

7   Based on the need for the additional time for the effective preparation of a
8  defense, the Court finds that the ends of justice to be served by granting the requested
9  extension of time upon which an indictment must be presented outweigh the best
10 interest of the public and the defendant in a speedy trial.

11  It is so ordered.

14  DATED:  August 2, 2022   _____
15             MAGISTRATE
             United States



GRANTED
Judge Nathanael M. Cousins